UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**TODD A LEWIS** — **CASE NO. 2:24-CV-00437**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**MARTIN J O'MALLEY** — **MAGISTRATE JUDGE PEREZ-MONTES**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Complaint [doc. 1] be **GRANTED**, that the final decision of the Commissioner be **VACATED**, and that the case be **REMANDED** for further proceedings consistent with the Report and Recommendation [doc. 10] hereby adopted by this court.

**THUS DONE AND SIGNED** in Chambers on the 27th day of August, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE